DUDANI LAW PLLC
AGGRESSIVE ADVOCACY. STRATEGIC RESULTS.

WORLD TRADE CENTER
1 World Trade Center
85th Floor
New York, NY 10007

NEW YORK 212.220.6787 • NEW JERSEY 212.220.6787 • info@dudanilaw.com • www.dudanilaw.com

November 12, 2026

Granted.

SO ORDERED:

11/13/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

***Via ECF***
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: Evelyn Duarte V. FCi Furniture Consultants, *et al.*
Civil Action No. 1:26-cv-06688 (VSB) (RWL)

Your Honor:

Our office represents Plaintiff, Evelyn Duarte ("Plaintiff"), in the above-referenced action. We write to respectfully request a one-day extension of time from the original deadline, November 12, 2026, until November 13, 2026, to file the Parties' Case Management Plan.

The reason for this request is that a Microsoft Outlook outage has prevented counsel from exchanging drafts and otherwise communicating by email, which has impeded the Parties' ability to jointly prepare the Case Management Plan. Counsel have been working in good faith to complete the plan and expect to be able to do so promptly once email service is restored.

This is Plaintiff's first request for an extension of this deadline. Counsel for Defendant consents to this request. The requested extension will not affect the Initial Conference date or any other scheduled deadline.

Plaintiff thanks the Court for its time and consideration of this request.

Respectfully submitted,

By: /s/ _Jitesh Dudani, Esq.__

Jitesh Dudani, Esq.
William K. Oates, Esq.
Yori Johnson, Esq.
Dudani Law PLLC
One World Trade Center, Floor 85
New York, New York 10007
T: (212) 220-6787

cc: All counsel of record (via ECF)